UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON SCHNEIDER and KIMECHA SCHNEIDER, <br><br> Plaintiffs, <br><br> vs. <br><br> QUANTUM FREIGHT, LLC, and TOMAS ALVAREZ, <br><br> Defendants. | Case No. 4:20-cv-01171-NCC <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through their undersigned counsel, and inform the Court that the parties have agreed to the terms of a settlement of this cause of action. The parties jointly request that the Court stay any pending case management deadlines for a period of thirty (30) days while the parties finalize their settlement agreement.

 /s/Deme E. Sotiriou (w/ consent)  
Deme E. Sotiriou            # 56611 (MO)  
Stephen R. Schultz          # 59940 (MO)  
Joshua P. Myers             # 56551 (MO)  
SCHULTZ & MYERS, LLC  
999 Executive Parkway, Suite 205  
St. Louis, MO 63141  
(314) 444-4444 (Telephone)  
(314) 720-0744 (FAX)  
deme@schultzmyers.com  
stephen@schultzmyers.com  

*Attorneys for Plaintiffs*

 /s/ Kevin L. Fritz  
Kevin L. Fritz              # 41638 (MO)  
Brian R. Betner             #61367 (MO)  
LASHLY & BAER, P.C.  
714 Locust Street  
St. Louis, MO 63101  
(314) 621-2939 (Telephone)  
(314) 621-6844 (FAX)  
klfritz@lashlybaer.com  
bbetner@lashlybaer.com  

*Attorneys for Defendants Quantum Freight, LLC and Tomas Alvarez*

1