# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JASON SCHNEIDER and KIMECHA SCHNEIDER, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Case No.   4:20-CV-01171-NCC |
| QUANTUM FREIGHT, LLC and TOMAS ALVAREZ, ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal (Doc. 18).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear their own attorney's fees and costs.

Dated this 11th day of February, 2021.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE